# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1271

_____

Isabela Ortiz-Juarez, also known as Diana Carhual-Gomez

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States[1]

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 8, 2015
Filed: September 9, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

_____

[1]Loretta E. Lynch has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Isabela Ortiz-Juarez, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals (BIA) affirming an immigration judge's denial of her application for asylum and withholding of removal.[2]  After careful consideration of the record and the parties' submissions, *see Davila-Mejia v. Mukasey*, 531 F.3d 624, 627 (8th Cir. 2008), we deny the petition, because we conclude that substantial evidence supports the finding that Ortiz-Juarez failed to establish past persecution, or a well-founded fear of future persecution, on account of any protected ground, *see Mambwe v. Holder,* 572 F.3d 540, 546 (8th Cir. 2009). The petition for review is denied.  *See* 8th Cir. R. 47B.

_____

[2]The ruling denying Convention Against Torture relief is not before us in this petition for review, because Ortiz failed to raise it before the BIA.